BOIES, SCHILLER & FLEXNER LLP
WILLIAM A. ISAACSON (*pro hac vice*)
5301 Wisconsin Ave. NW, Suite 800
Washington, D.C. 20015
Telephone: (202) 237-2727
Facsimile: (202) 237-6131
Email:  wisaacson@bsfllp.com

BOIES, SCHILLER & FLEXNER LLP
JOHN F. COVE, JR. (CA Bar No. 212213)
DAVID W. SHAPIRO (CA Bar No. 219265)
KEVIN J. BARRY (CA Bar No. 229748)
1999 Harrison St., Suite 900
Oakland, CA 94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460
Email:  jcove@bsfllp.com
        dshapiro@bsfllp.com
        kbarry@bsfllp.com

Philip J. Iovieno (*pro hac vice*)
BOIES, SCHILLER & FLEXNER LLP
10 North Pearl Street, 4th Floor
Albany, NY  12207
Telephone:  518-434-0600
Facsimile:  518-434-0665
piovieno@bsfllp.com

*Attorneys for Plaintiff Jordan Walker*
*Interim Class Counsel for Direct Purchaser Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE GRAPHICS PROCESSING UNITS ANTITRUST LITIGATION | Case No.: M:07-CV-01826-WHA |
| | MDL No.  1826 |
| This Document Relates to:<br>ALL DIRECT PURCHASER ACTIONS | **PROOF OF SERVICE** |
| | Hon. William H. Alsup |

1   I, the undersigned, declare as follows:

2   I am a citizen of the United States and employed in the County of Alameda, State of
3   California. I am over the age of eighteen years and am not a party to the within-entitled action.
    My business address is 1999 Harrison Street, Suite 900, Oakland, California, 94612. On June 14,
4   2007, I served a copy of the within document(s):

5   **CONSOLIDATED AND AMENDED CLASS ACTION COMPLAINT FOR
    VIOLATION OF SECTION 1 OF THE SHERMAN ACT, 15 U.S.C. § 1**
6

7
    ☒   BY ELECTRONIC SERVICE:   By and through United States District Court, District
8       Court of Northern California Electronic Case Filing in the following case:

9   **Case No. M:07-CV-01826-WHA**

10  ☐   BY FACSIMILE: By transmitting via facsimile the document(s) listed above to the fax
        number(s) set forth below on this date before 5:00 p.m. The facsimile machine I used
11      complied with California Rules of Court, Rule 2003, and no error was reported by the
        machine. Pursuant to California Rules of Court, Rule 2008(e)(4), I caused the machine to
12      print a transmission record of the transmission, a copy of which is attached to this Proof
13      of Service.

14

15  ☐   BY PERSONAL SERVICE:  By personally delivering true and correct copies of the
        document(s) listed above in a sealed envelope, addressed to the person(s) at the
16      address(es) set forth below, by leaving the envelope, which was clearly labeled to identify
        the attorney(es) being served, with the receptionist or other person apparently in charge at
17      the address(es) set forth below.

18

19  ☐   EXPRESS SERVICE CARRIER: By placing the document(s) listed above in a sealed
        **Federal Express** envelope with overnight delivery fees paid or provided for, addressed to
20      the person(s) on whom it is to be served, at the address(es) set forth below, and causing
        the envelope to be delivered that same day to a **Federal Express** Courier or Driver
21      authorized by the express service carrier to receive documents for delivery.

22

23

24

25

26

27

28

2

Proof of Service

1
2
3
4
5
6

☒    BY MAIL:  At my place of business address identified above by placing the documents listed above in a sealed envelope with postage thereon fully prepaid and by placing the envelope, addressed as set forth below, for deposit in the United States Postal Service that same day in the ordinary course of business.  I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under the practice it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

7
8

**Please see attached Non-ECF Service List as of June 14, 2007.**

9
10
11

☐    (STATE)    I declare under penalty of perjury under the laws of the State of California that the above is true and correct and that the foregoing document(s) were printed on recycled paper.

12
13

☒    (FEDERAL)    I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

14
15

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

16

Executed on June 14, 2007 at Oakland, California.

17
18
19

_____/S/_____
CATHERINE DUONG

20
21
22
23
24
25
26
27
28

3
Proof of Service

**In Re Graphics Processing Units Antitrust Litigation**
**MDL No. 1826**
**Non-ECF Service List as of June 14, 2007**

| | |
|---|---|
| Nancy Kaboolian<br>ABBEY SPANIER RODD ABRAMS & PARADIS LLP<br>212 East 39th Street<br>New York, NY 10016<br>Facsimile: (212) 889-3700<br>**Counsel for Plaintiff Roy Jacobs** | Gordon Ball<br>BALL & SCOTT<br>Suite 601, 550 Main Avenue<br>Knoxville, TN 37902<br>Facsimile: (865) 525-4679<br>**Counsel for Plaintiffs Scott Martin, Lee R. Chamberlain, Scott Redpath, Stephanie Lueckel,**<br>**Allen Nassiff, Tabbatha Benson, Scott Friedson,**<br>**Michael Brooks, Joe Solo, Brittany Chung, Rebecca Bly, and Kou Srimoungchanh** |
| Joe R. Whatley, Jr.<br>WHATLEY DRAKE & KALLAS<br>1540 Broadway, 37th Floor<br>New York, NY 10036<br>Facsimile: (212) 447-7077<br>**Counsel for Plaintiffs Joseph Parker Bennett and Mike Kinkade** | Thomas H. Brill<br>LAW OFFICE OF THOMAS H. BRILL<br>6552 Sagamore Road<br>Mission Hills, KS 66208<br>**Counsel for Plaintiff Kou Srimoungchanh** |
| Brian Barry<br>LAW OFFICES OF BRIAN BARRY<br>1801 Avenue of the Stars, Suite 307<br>Los Angeles, CA 90067<br>Facsimile: (310) 788-0891<br>**Counsel for Plaintiff Woodrow Clark** | Jeffrey Brodkin, Esq.<br>1845 Walnut Street, 22d Floor<br>Philadelphia, PA 19103<br>Facsimile: (215) 569-0809<br>**Counsel for Plaintiff Michael Bensignor, d/b/a Mike's Computer Services** |
| Judith Blackwell<br>BLACKWELL & BLACKWELL<br>584 Valle Vista Avenue<br>Oakland, CA 94610<br>**Counsel for Plaintiff Fred Williams** | Irwin B. Levin<br>Scott D. Gilchrist<br>COHEN & MALAD, LLP<br>One Indiana Square, Suite 1400<br>Indianapolis, IN 46204<br>Facsimile: (317) 636-2593<br>**Counsel for Plaintiff Thomas Huh** |
| Anthony J. Bolognese<br>BOLOGNESE & ASSOCIATES<br>One Penn Center<br>1617 John F. Kennedy Blvd, Suite 650<br>Philadelphia, PA 19103<br>Facsimile: (215) 814-6764<br>**Counsel for Plaintiff Michael Bensignor, d/b/a Mike's Computer Services** | Ted A. Donner<br>DONNER & COMPANY LAW OFFICES LLC<br>203 North LaSalle Street, Suite 2100<br>Chicago, IL 60601<br>Facsimile: (312) 558-1369<br>**Counsel for Plaintiff Alan Holtzman** |
| J. Preston Strom, Jr.<br>Mario A. Pacella<br>STROM LAW FIRM, LLC | Scott E. Poynter<br>Christopher D. Jennings<br>EMERSON POYNTER LLP |

| | |
|---|---|
| 2110 Beltline Boulevard, Suite A<br>Columbia, SC 29204<br>Facsimile: (803) 252.4801<br>**Counsel for Plaintiff Joseph Parker Bennett** | 500 President Clinton Avenue, Suite 305<br>Little Rock, AR 72201<br>Facsimile: (501) 907-2556<br>**Counsel for Plaintiff Robert S. Harmon** |
| John G. Emerson<br>EMERSON POYNTER LLP<br>830 Apollo Lane<br>Houston, TX 77058<br>Facsimile: (281) 488-8867<br>**Counsel for Plaintiff Robert S. Harmon** | Christine P. Bartholomew<br>FINKELSTEIN THOMPSON LLP<br>601 Montgomery Street, Suite 665<br>San Francisco, CA 94111<br>Facsimile: (415) 398-8704<br>**Counsel for Plaintiff Jennifer Tomaino** |
| Mila F. Bartos<br>Richard M. Volin<br>Michael G. McLellan<br>FINKELSTEIN THOMPSON LLP<br>1050 30th St., N.W.<br>Washington, DC 20007<br>Facsimile: (202) 337-8090<br>**Counsel for Plaintiff Jennifer Tomaino** | Steven A. Kanner<br>FREED, KANNER, LONDON & MILLEN, LLC<br>2201 Waukegan Road, Suite 130<br>Bannockburn, IL 60015<br>Facsimile: (224) 632-4521<br>**Counsel for Plaintiff Michael Bensignor, d/b/a Mike's Computer Services** |
| Carl L. Solomon<br>GERGEL, NICKLES & SOLOMON, P.A.<br>P.O. Box 1866<br>1519 Richland Street<br>Columbia, SC 29202-1866<br>Facsimile: (803) 256-1816<br>**Counsel for Plaintiff Joseph Parker Bennett** | Daniel R. Karon<br>GOLDMAN SCARLATO & KARON, P.C.<br>55 Public Square, Suite 1500<br>Cleveland, OH 44113<br>Facsimile: (216) 622-1852<br>**Counsel for Plaintiffs Scott Martin, Lee R. Chamberlain, Scott Redpath, Stephanie Lueckel,**<br>**Allen Nassiff, Tabbatha Benson, Scott Friedson,**<br>**Michael Brooks, Joe Solo, Brittany Chung, Rebecca Bly, and Kou Srimoungchanh** |
| Daniel E. Gustafson<br>Renae D. Steiner<br>Jason S. Kilene<br>GUSTAFSON GLUEK PLLC<br>650 Northstar East<br>608 Second Avenue South<br>Minneapolis, MN 55402<br>Facsimile: (612) 339-6622<br>**Counsel for Plaintiffs Thomas Huh; Jean McClellan-Chambers, on behalf of herself, and JAMAC Enterprises d/b/a Elite Custom Computers; and Ann Scott, on behalf of herself and Ann L. Scott & Company** | Elaine T. Byszewski<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>700 South Flower Street, Suite 2940<br>Los Angeles, CA 90017-4101<br>Facsimile: (213) 330-7152<br>**Counsel for Plaintiff Alan Holtzman** |
| Steve W. Berman<br>Anthony D. Shapiro<br>George W. Sampson<br>Ronnie Spiegel<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>1301 Fifth Avenue, Suite 2900 | Ronald B. Kowalczyk<br>KOWALCZYK LAW OFFICES, P.C.<br>215 Campbell Street<br>Geneva, IL 60134<br>Facsimile: (630) 232-2221<br>**Counsel for Plaintiffs Joseph Clofine, Heather** |

| | |
|---|---|
| Seattle, WA 98101<br>Facsimile: (206) 623-0594<br>**Counsel for Plaintiff Alan Holtzman** | **Daughtrey, Ronald Herold, Marilyn Nasta, and**<br>**Merle Carey** |
| Steven Asher<br>WEINSTEIN, KITCHENOFF & ASHER LLC<br>1845 Walnut Street, Suite 1100<br>Philadelphia, PA 19103<br>Facsimile: (215) 545-6535<br>**Counsel for Plaintiff Michael Bensignor, d/b/a Mike's Computer Services** | Lori Brody<br>KAPLAN FOX & KILSHEIMER, LLP<br>1801 Century Park East, Suite 1460<br>Los Angeles, CA 90067<br>Facsimile: (310) 785-0897<br>**Counsel for Plaintiff Alan Holtzman** |
| Eric Somers<br>Mark Todzo<br>LEXINGTON LAW GROUP, LLP<br>1627 Irving Street<br>San Francisco, CA 94122<br>Facsimile: (415) 759-4112<br>**Counsel for Plaintiffs Joseph Clofine, Heather Daughtrey, Ronald Herold, Marilyn Nasta, and Merle Carey** | Jayne A. Goldstein<br>MAGER & GOLDSTEIN LLP<br>1640 Town Center Circle, Suite 216<br>Weston, FL 33326<br>Facsimile: (954) 515-0124<br>**Counsel for Plaintiff Albert Cella** |
| Donna F. Solen<br>Gary E. Mason<br>THE MASON LAW FIRM, LLP<br>1225 19th Street, NW, Suite 500<br>Washington, DC 20036<br>Facsmilie: (202) 429-2294<br>**Counsel for Plaintiff Rebecca Bly** | John P. McCarthy, Esq.<br>217 Bay Avenue<br>Somers Point, NJ 08244<br>**Counsel for Plaintiff Michael Bensignor, d/b/a Mike's Computer Services** |
| John G. Felder, Jr.<br>Chad A. McGowan<br>MCGOWAN HOOD FELDER & JOHNSON<br>1405 Calhoun Street<br>Columbia, SC 29201<br>**Counsel for Plaintiff Lee R. Chamberlain** | Steven J. Greenfogel<br>MEREDITH COHEN GREENFOGEL & SKIRNICK, P.C.<br>Architects Building<br>117 S. 17th Street, 22nd Floor<br>Philadelphia, PA 19103<br>Facsimile: (215) 569-0958<br>**Counsel for Plaintiff Michael Bensignor, d/b/a Mike's Computer Services** |
| Krishna B. Narine<br>LAW OFFICES OF KRISHNA B. NARINE<br>7893 Montgomery Avenue, Suite 300<br>Elkins Park, PA 19027<br>**Counsel for Plaintiffs Scott Martin, Lee R. Chamberlain, Scott Redpath, Stephanie Lueckel, Allen Nassiff, Tabbatha Benson, Scott Friedson, Michael Brooks, Joe Solo, Brittany Chung, Rebecca Bly, and Kou Srimoungchanh** | Lawrence D. Nwajei<br>LAW OFFICES OF LAWRENCE D. NWAJEI<br>4221 Wilshire Boulevard, Suite 392<br>Los Angeles, CA 90010<br>**Counsel for Plaintiff Fred Williams** |
| Lawrence G. Papale<br>LAW OFFICES OF LAWRENCE G. | Laurence D. Paskowitz<br>THE PASKOWITZ LAW FIRM PC |

| | | |
|---|---|---|
| 1 | PAPALE<br>1308 Main Street #117<br>St. Helena, CA 94574<br>Facsimile: (707) 963-0706<br>**Counsel for Plaintiff Karol Juskiewicz** | 60 East 42nd Street, 46th Floor<br>New York, NY 10165<br>**Counsel for Plaintiff Roy Jacobs** |
| 4 | Frank Jablonski<br>Noah Golden-Krasner<br>PROGRESSIVE LAW GROUP, LLC<br>354 West Main Street<br>Madison, WI 53703<br>Facsimile: (608) 442-9494<br>**Counsel for Plaintiff Scott Martin** | Ilan J. Chorowsky<br>PROGRESSIVE LAW GROUP, LLC<br>1130 North Dearborn Street, Suite 3110<br>Chicago, IL 60610<br>**Counsel for Plaintiff Scott Martin** |
| 8 | Garrett D. Blanchfield<br>Mark Reinhardt<br>REINHARDT WENDORF & BLANCHFIELD<br>E-1250 First National Bank Building<br>332 Minnesota Street<br>St. Paul, MN 55101<br>Facsimile: (651) 287-2103<br>**Counsel for Plaintiff Julie Cook** | Randy R. Renick<br>THE LAW OFFICES OF RANDY RENICK<br>128 North Fair Oaks Avenue<br>Pasadena, CA 91103<br>Facsimile: (626) 585-9610<br>**Counsel for Plaintiff Woodrow Clark** |
| 13 | Michael L. Roberts<br>Richard Quintus<br>ROBERTS LAW FIRM, PA<br>20 Rahling Circle<br>P.O. Box 241790<br>Little Rock, AR 72223<br>Facsimile: (501) 821-4474<br>**Counsel for Plaintiffs Jean McClellan-Chambers,**<br>**on behalf of herself, and JAMAC Enterprises**<br>**d/b/a Elite Custom Computers; and Ann Scott,**<br>**on behalf of herself and Ann L. Scott & Company** | Isaac L. Diel<br>SHARP MCQUEEN<br>6900 College Boulevard, Suite 285<br>Shawnee Mission, KS 66211<br>Facsimile: (913) 661-9935<br>**Counsel for Plaintiffs Scott Martin, Lee R. Chamberlain, Scott Redpath, Stephanie Lueckel,**<br>**Allen Nassiff, Tabbatha Benson, Scott Friedson,**<br>**Michael Brooks, Joe Solo, Brittany Chung, Rebecca Bly, and Kou Srimoungchanh** |
| 20 | Dianne M. Nast<br>RODANAST, P.C.<br>801 Estelle Drive<br>Lancaster, PA 17601<br>Facsimile: (717) 892-1200<br>**Counsel for Plaintiffs Jean McClellan-Chambers,**<br>**on behalf of herself, and JAMAC Enterprises**<br>**d/b/a Elite Custom Computers; and Ann Scott,**<br>**on behalf of herself and Ann L. Scott & Company** | Allan Steyer<br>STEYER LOWENTHAL BOODROOKAS ALVAREZ & SMITH LLP<br>1 California Street, Suite 300<br>San Francisco, CA 94111<br>Facsimile: (415) 421-2234<br>**Counsel for Plaintiff Trong Nguyen** |
| 26 | Walter H. Bundy, Jr.<br>SMITH, BUNDY, BYBEE & BARNETT, P.C.<br>Building F, Suite 100<br>1037 Chuck Dawley Boulevard | Phillip A. Steinberg, Esq.<br>124 Rockland Avenue<br>Bala Cynwyd, PA 19004<br>**Counsel for Plaintiff Michael Bensignor, d/b/a Mike's Computer Services** |

| | |
|---|---|
| Mount Pleasant, SC 29464<br>**Counsel for Plaintiff Julie Cook** | |
| David Boies, III<br>Timothy D. Battin<br>Ian Otto<br>Nathan Cihlar<br>STRAUS & BOIES, LLP<br>4041 University Drive, Fifth Floor<br>Fairfax, VA 22030<br>Facsimile: (205) 324-3996<br>**Counsel for Plaintiffs Zhi Yuan Chiu and Christopher C. Crawford** | Kenneth G. Walsh<br>STRAUS & BOIES, LLP<br>2 Depot Plaza, Suite 203<br>Bedford Hills, NY 10507<br>**Counsel for Plaintiff Zhi Yuan Chiu** |
| Garrett J. Bradley<br>THORNTON & NAUMES LLP<br>100 Summer Street, 30th Floor<br>Boston, MA 02110<br>**Counsel for Plaintiff Stephanie Lueckel** | |